John R. Till   SBN 178763   JTill@PaladinLaw.com
Bret A. Stone  SBN 190161   BStone@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, California 94595
Telephone: (925) 947-5700
Facsimile:  (925) 935-8488

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN SCHAEFFER, *et al.*, | Case No. C-11-03246-JSW |
| Plaintiffs, | DECLARATION OF JOHN R. TILL; STIPULATION AND [PROPOSED] ORDER RE MOTIONS TO DISMISS |
| v. | |
| GREGORY VILLAGE PARTNERS, L.P., *et al.*, | |
| Defendants. | |

**DECLARATION OF JOHN R. TILL**

I, John R. Till, declare as follows:

1.  I am an attorney in good standing, am licensed to practice law before this Court, and am a Partner with the law firm Paladin Law Group® LLP, attorneys of record for Plaintiffs in this action. I have personal knowledge of the matters stated in this declaration, and, if called upon to do so, could competently testify thereto.

2.  In an effort to avoid unnecessary litigation expenses the Plaintiffs intend to file a First Amended Complaint by August 29, 2011 in which Plaintiffs' counsel will attempt to address alleged deficiencies in the Plaintiffs' state court complaint which has now been removed to this Court.

3.  The only previous time modifications in this case have been related to the providing Defendants' additional time to respond to the removed Complaint in this matter.

4.  Other than the Defendants' Motion to Dismiss hearings currently set for October 28,



-1-
STIPULATION AND [PROPOSED] ORDER RE MOTIONS TO DISMISS

2011 will be effected. There are no other dates set in this matter.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me on August 15, 2011, in Contra Costa County, California.

                                                     /s/
                                                 John R. Till

## STIPULATION AND [PROPOSED] ORDER

WHEREAS Plaintiffs originally filed this action in Contra Costa Superior Court.

WHEREAS Gregory Village Partners, L.P. filed a Notice of Removal of Action under 28 U.S.C. § 1441(b) with this Court on June 30, 2011.

WHEREAS Plaintiffs have filed a Motion for Remand now set for hearing on October 28, 2011.

WHEREAS Defendants have filed Motions to Dismiss Plaintiffs' Complaint also set for hearing on October 28, 2011.

WHEREAS Plaintiffs intends to file a First Amended Complaint, to address alleged deficiencies identified in the Motions to Dismiss filed by various Defendants in this matter.

WHEREFORE the parties agree as follows:

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, THAT:

1. Plaintiffs shall have until August 29, 2011 to file a First Amended Complaint.
2. Upon the filing of Plaintiffs' First Amended Complaint, Defendants' Motions to Dismiss shall be removed from the Court's calendar.
3. Defendants' responses to the First Amended Complaint shall be filed within 28 days from the date of the Court's ruling on the Motion to Remand.

IT IS SO STIPULATED:



DATED: August 9, 2011      PALADIN LAW GROUP® LLP

By: /s/
Bret A. Stone
Counsel for Schaeffer

DATED: August 9, 2011      CASTELLON & FUNDERBURK LLP

By: /s/
Ruben A. Castellon
Counsel for Gregory Village Partners, L.P.

DATED: August 9, 2011      ROGERS JOSEPH O'DONNELL

By: /s/
Robert C. Goodman
Counsel for Chevron U.S.A. Inc.

DATED: August 9, 2011      MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/
Kenton L. Alm
Counsel for Central Contra Costa County Sanitary District

**IT IS SO ORDERED.**

DATED: August 22, 2011

*Jeffrey S. White*
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE