ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
*rgoodman@rjo.com*
ANN M. BLESSING (State Bar No. 172573)
*ablessing@rjo.com*
D. KEVIN SHIPP (State Bar No. 245947)
*kshipp@rjo.com*
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHAEFFER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br><br><br> GREGORY VILLAGE PARTNERS, L.P., et al. <br><br> Defendants. | Case No. C11-03246 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF ROBERT C. GOODMAN IN SUPPORT THEREOF** |

**DECLARATION OF ROBERT C. GOODMAN**

1. I am a shareholder with the law firm of Rogers Joseph O'Donnell, attorneys for Defendant Chevron U.S.A. Inc. I have personal knowledge of the facts set forth herein, and if called upon could and would competently testify thereto.

2. Pursuant to this Court's Order dated July 21, 2011 (Document 16), a case management conference ("CMC") has been scheduled for October 14, 2011 in this matter.

3. Plaintiff has filed a Motion to Remand (Documents 18, 21) with a

Page 1

hearing set for October 28, 2011 (Document 30).

4. Plaintiffs and Defendants have agreed that it would save resources if the CMC, and related requirements under Federal Rules Civil Procedure Rule 26 and the Court's ADR program triggered by the CMC date, were continued to a date after the Court has ruled on Plaintiffs' motion for remand.

5. The date of the CMC has not been previously modified.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of September 2011 in San Francisco, California.

*/s/ Robert C. Goodman*
Robert C. Goodman

IT IS HEREBY STIPULATED pursuant to Local Rule 6-1(b) and Rule 6-2(a), by the parties to this action, by and through their undersigned counsel, as follows:

A. The CMC currently set for October 14, 2011 shall be continued to December 16, 2011, or such other date as ordered by the Court.

B. Any and all deadlines related to the CMC shall be similarly continued.

Dated: September 22, 2011        **PALADIN LAW GROUP LLP**

By: */s/ Bret A. Stone*
   BRET A. STONE
Attorney for Plaintiff
Ryan Schaeffer, Anne Schaeffer, and Reese Schaeffer


Dated: September 22, 2011        **CASTELLON & FUNDERBURK LLP**

By: */s/ Ruben A. Castellon*
   RUBEN A. CASTELLON
Attorney for Defendants
GREGORY VILLAGE PARTNERS, L.P.

Page 2

Stipulation and [Proposed] Order to Continue Case Management Conference
CASE NO: C11-03246 JSW

306831.1

Dated: September 22, 2011  **ROGERS JOSEPH O'DONNELL**

By: */s/ Robert C. Goodman*
Robert C. Goodman
Attorney for Defendant
CHEVRON U.S.A. INC.

Dated: September 23, 2011  **MEYERS, NAVE, RIBACK, SILVER & WILSON**

By: */s/ Kenton L. Alm*
KENTON L. ALM
Attorney for Defendant
CENTRAL CONTRA COSTA SANITARY DISTRICT

I attest that concurrence in the filing of this document has been obtained from Bret Stone for Plaintiff, Ruben A. Castellon for Defendant Gregory Village Partners, L.P., and Kenton L. Alm for Defendant Central Contra Costa Sanitary District.

By: */s/ Robert C. Goodman*
ROBERT C. GOODMAN
Attorney for Defendant
CHEVRON U.S.A. INC.

## ORDER

The case management conference is hereby continued to December ~~16,~~ 9, 2011, at 1:30 p.m. Any and all case management deadlines shall be calculated based on this new date.

**IT IS SO ORDERED.**

DATED: September 26, 2011  By /s/ Jeffrey S. White
JUDGE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE